**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that the Hon. Virginia M. Kendall is presiding over 23 CV 1182, *Malik et al v. Prairie Raynor LLC et al*, and the Hon. Jeffrey T. Gilbert as the designated magistrate judge; and

It further appearing that the cases listed below are related to 23 CV 1182, *Malik et al v. Prairie Raynor LLC et al,* pursuant to Local Rule 40.4; therefore

It is hereby ordered that Judge Kendall shall be reassigned the cases listed below; and

It is further ordered that Magistrate Judge Gilbert shall be the designated magistrate judge in these cases.

| Case# | Case Title |
|---|---|
| 23 CV 1469 | *Shankar, et al. v. Fairview Avenue Properties LLC et al* |
| 23 CV 1569 | *Haynes v. Fairview Avenue Properties, LLC et al* |
| 23 CV 1691 | *Abbas v. Mikosz et al* |
| 23 CV 2401 | *Sor v. TCF National Holdings, Inc. et al* |
| 23 CV 2520 | *Chen et al v. Chojnacki et al* |
| 23 CV 2546 | *Michel et al v. Chojnacki et al* |
| 23 CV 2858 | *Said et al v. Chojnacki et al* |
| 23 CV 3173 | *Stafford v. Chojnacki et al* |

ENTER:
FOR THE EXECUTIVE COMMITTEE:

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 7th day of June, 2023