**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Umer Malik, et al.
                    Plaintiff,
v.                                                    Case No.: 1:23−cv−01182
                                                      Honorable Virginia M. Kendall
Prairie Raynor LLC, et al.
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, January 8, 2025:


MINUTE entry before the Honorable Virginia M. Kendall. Status and Motion hearing held on 1/8/2025. Plaintiffs' Unopposed Motions to Reassign Cases 24 C 11565 Nowakowski v. Chojnacki [195] and 24 C 11404 Lanzetta v. 11902 Longwood LLC [193] are granted. Cases 24 C 11565 Nowakowski v. Chojnacki and 24 C 11404 Lanzetta v. 11902 Longwood LLC will be reassigned to Judge Kendall as related. Plaintiffs advised they will be filing Motions to Freeze Assets in certain cases. Plaintiffs shall file the Motions to Freeze Assets on or before 1/10/2025. Responses due by 1/24/2025; Replies due by 1/31/2025. Motions to Dismiss, including those those pertaining to cross−claims, that were previously stricken without prejudice shall be re−filed. Amended Complaints shall be filed by 1/24/2025. Defendants shall Answer or otherwise plead by 2/14/2025. Answers to Declaratory Judgment actions shall be filed by 2/3/2025. Replies due by 2/17/2025. End of Fact Discovery is Ordered closed by 9/19/2025. End of Fact Discovery Status hearing is set for 9/22/2025 at 9:30 AM. All Pleadings shall be filed separately in each case, as the cases are related, not consolidated. The Court sets as a placeholder for Jury Trial the weeks of 1/26/2026 and 2/2/2026. The Court requests the Executive Committee reassign 24 C 11565 Nowakowski v. Chojnacki and 24 C 11404 Lanzetta v. 11902 Longwood LLC to this Court based on relatedness. Mailed notice(lk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.