Message

| | |
|---|---|
| **From**: | Rachel Irwin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EAB0729474B84E7981D77558BE6BCD13-RACHEL] |
| **Sent**: | 3/21/2022 11:32:35 AM |
| **To**: | Kristen Murzyn [kristen@lakelandtitle.com]; Jeff Biermann [jeff@lakelandtitle.com] |
| **Subject**: | 11902 Longwood Drive - Closing Wednesday |
| **Attachments**: | corp roadmap.pdf |

**Importance**:   High

Hi guys: This property is closing on Wednesday. It involves Marcin and Rob's new corporate structure, which is as follows (I drew a poor roadmap for you to follow):

Essentially, each commercial acquisition will have an Illinois LLC created ("individual property LLCs"). Each individual property LLC is wholly owned by either Illinois Assets LLC or Properties Midwest LLC. Illinois Assets LLC and Midwest Properties LLC are both wholly owned by Market Equities Inc. Market Equities Inc. is owned 50-50 by Marcin and Rob (individually).

The individual property LLCs will NOT have bank accounts. Illinois Assets LLC, Properties Midwest LLC, and Market Equities Inc. do have bank accounts. The proceeds from commercial deals will go to Illinois Assets LLC and Properties Midwest Inc. **What do you need from us for that to happen?**

**What do you need for the POAs?** Do POA need to be from individual property LLCs and/or Illinois Assets LLC and Properties Midwest LLC?

In terms of Wednesday's closing, this is the roadmap.
1.   11902 Longwood LLC = owner of record
2.   11902 Longwood LLC is wholly owned by Illinois Assets LLC
3.   Illinois Assets LLC is owned by Market Equities, Inc.
4.   Market Equities Inc. is owned by Marcin and Rob individually.


Again, just want to make sure everything lines up and you have everything you need for POAs and ability to cut proceeds to correct entity. It may be easier to jump on a call to discuss. I'll be at Roselle office all day.


Sincerely,

Rachel Irwin
Director of *Midwest Title and Closing Services LLC*
904 S. Roselle Road, PMB 267
Schaumburg, Illinois 60193



CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER			MWI0031996

Message

| | |
|---|---|
| **From**: | Jeff Biermann [jeff@lakelandtitle.com] |
| **Sent**: | 3/22/2022 10:11:17 AM |
| **To**: | Rachel Irwin [rachel@midwestclosings.com]; Kristen Murzyn [kristen@lakelandtitle.com] |
| **Subject**: | RE: 11902 Longwood Drive - Closing Wednesday |

Thanks Rachel.
Looks good to me

**Jeff Biermann**
**Operations Manager**



**Peace of Mind, Every Time**

**1300 Iroquois Avenue, Suite 100, Naperville IL 60563**
**630-442-5200 phone | 331-472-1194 fax | lakelandtitleservices.com**
Underwritten By:
Fidelity National Title | Chicago Title | First American Title

**\*\*WARNING REGARDING FUNDING INSTRUCTIONS\*\***
Wire fraud is on the rise to fraudulently misdirect funds. Please call our office immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions you receive. **We are not responsible for any wires sent by you to an incorrect bank account**.

**From:** Rachel Irwin <rachel@midwestclosings.com>
**Sent:** Monday, March 21, 2022 4:39 PM
**To:** Jeff Biermann <jeff@lakelandtitle.com>; Kristen Murzyn <kristen@lakelandtitle.com>
**Subject:** RE: 11902 Longwood Drive - Closing Wednesday

Docs needed for signing
- Resolution for Illinois Assets LLC

Docs needs for proceeds
- Operating Agreement for Illinois Assets LLC
- No Bank Account Letter
- Certificate of Formation (for good measure)

Let me know if we need to make changes.


Sincerely,

Rachel Irwin
Director of *Midwest Title and Closing Services LLC*
904 S. Roselle Road, PMB 267
Schaumburg, Illinois 60193



**From:** Jeff Biermann <jeff@lakelandtitle.com>
**Sent:** Monday, March 21, 2022 3:16 PM
**To:** Rachel Irwin <rachel@midwestclosings.com>; Kristen Murzyn <kristen@lakelandtitle.com>
**Subject:** RE: 11902 Longwood Drive - Closing Wednesday

Kristen,
Rachel and I talked.
I'll download you on this once she send the docs
Thanks!

**Jeff Biermann**
**Operations Manager**



**Peace of Mind, Every Time**

**1300 Iroquois Avenue, Suite 100, Naperville IL 60563**
**630-442-5200 phone | 331-472-1194 fax | lakelandtitleservices.com**
**Underwritten By:**
**Fidelity National Title | Chicago Title | First American Title**

**\*\*WARNING REGARDING FUNDING INSTRUCTIONS\*\***
Wire fraud is on the rise to fraudulently misdirect funds. Please call our office immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions you receive. **We are not responsible for any wires sent by you to an incorrect bank account**.

**From:** Rachel Irwin <rachel@midwestclosings.com>
**Sent:** Monday, March 21, 2022 11:33 AM
**To:** Kristen Murzyn <kristen@lakelandtitle.com>; Jeff Biermann <jeff@lakelandtitle.com>
**Subject:** 11902 Longwood Drive - Closing Wednesday
**Importance:** High

Hi guys: This property is closing on Wednesday. It involves Marcin and Rob's new corporate structure, which is as follows (I drew a poor roadmap for you to follow):

Essentially, each commercial acquisition will have an Illinois LLC created ("individual property LLCs"). Each individual property LLC is wholly owned by either Illinois Assets LLC or Properties Midwest LLC. Illinois Assets LLC and Midwest Properties LLC are both wholly owned by Market Equities Inc. Market Equities Inc. is owned 50-50 by Marcin and Rob (individually).

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

The individual property LLCs will NOT have bank accounts. Illinois Assets LLC, Properties Midwest LLC, and Market Equities Inc. do have bank accounts. The proceeds from commercial deals will go to Illinois Assets LLC and Properties Midwest Inc. **What do you need from us for that to happen?**

**What do you need for the POAs?** Do POA need to be from individual property LLCs and/or Illinois Assets LLC and Properties Midwest LLC?

In terms of Wednesday's closing, this is the roadmap.
1. 11902 Longwood LLC = owner of record
2. 11902 Longwood LLC is wholly owned by Illinois Assets LLC
3. Illinois Assets LLC is owned by Market Equities, Inc.
4. Market Equities Inc. is owned by Marcin and Rob individually.


Again, just want to make sure everything lines up and you have everything you need for POAs and ability to cut proceeds to correct entity. It may be easier to jump on a call to discuss. I'll be at Roselle office all day.


Sincerely,

Rachel Irwin
Director of *Midwest Title and Closing Services LLC*
904 S. Roselle Road, PMB 267
Schaumburg, Illinois 60193



CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER