| | |
|---|---|
| From: | Claudia Montes [cmontes@mainstpm.com] |
| on behalf of | Claudia Montes <cmontes@mainstpm.com> [cmontes@mainstpm.com] |
| Sent: | 10/18/2022 6:56:49 PM |
| To: | Aaron Lang [aaron.lang@mychaseagent.com] |
| Subject: | Fwd: FW: Blue Island - 135thth |

FYI regarding EIN Prairie

---------- Forwarded message ---------
From: **Rachel Irwin** <rirwin@ejcommercial.com>
Date: Thu, Apr 14, 2022 at 4:33 PM
Subject: FW: Blue Island - 135thth
To: Claudia Montes <cmontes@mainstpm.com>


From Iwona re: Prairie Raynor EIN.

"Prairie does not have the EIN number. 2020 taxes were filed under EJ Investments. Prairie technically belonged to FNF but was supposed to be switched to EJ. I am not sure if it was ever done."

For the EIN section in onboarding sheet, mark it as "EJ wholly owned; EJ EIN – ▮▮▮▮▮▮▮▮

Sincerely,

**Rachel Irwin**
General Counsel



25 E Main St, Suite 204 | Roselle, IL 60172
847.744.5003 (office) | rirwin@ejcommercial.com

CONFIDENTIALITY NOTE:This E-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C.§§ 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, we apologize for any inconvenience. However, please be aware that the retention, dissemination, distribution, or copying of this communication is prohibited. We would appreciate it if you would reply to the sender indicating you have received the message in error, and then delete the original message. Thank you.

**WIRE INSTRUCTIONS: IF YOU RECEIVE WIRING INSTRUCTIONS PURPORTEDLY FROM OUR OFFICE, PLEASE CALL ME TO CONFIRM.**

**From:** Iwona Chojnacki <Iwona@ejcommercial.com>
**Sent:** Thursday, April 14, 2022 4:25 PM
**To:** Rachel Irwin <rirwin@ejcommercial.com>
**Subject:** RE: Blue Island - 135thth

Prairie does not have the EIN number. 2020 taxes were filed under EJ Investments. Prairie technically belonged to FNF but was supposed to be switched to EJ. I am not sure if it was ever done.

**From:** Rachel Irwin <rirwin@ejcommercial.com>
**Sent:** Thursday, April 14, 2022 9:30 AM
**To:** Claudia Montes <cmontes@mainstpm.com>; Iwona Chojnacki <Iwona@ejcommercial.com>
**Subject:** RE: Blue Island - 135thth

Iwona: Can you send EIN for Prairie Raynor? Claudia needs it for Buildium.

Sincerely,

Rachel Irwin
General Counsel



25 E Main St, Suite 204 | Roselle, IL 60172
847.744.5003 (office) | rirwin@ejcommercial.com

CONFIDENTIALITY NOTE:This E-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C.§§ 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, we apologize for any inconvenience. However, please be aware that the retention, dissemination, distribution, or copying of this communication is prohibited. We would

CHASERE00646328

appreciate it if you would reply to the sender indicating you have received the message in error, and then delete the original message. Thank you.

**WIRE INSTRUCTIONS: IF YOU RECEIVE WIRING INSTRUCTIONS PURPORTEDLY FROM OUR OFFICE, PLEASE CALL ME TO CONFIRM.**

**From:** Claudia Montes <cmontes@mainstpm.com>
**Sent:** Thursday, April 14, 2022 9:28 AM
**To:** Rachel Irwin <rirwin@ejcommercial.com>
**Subject:** Re: Blue Island - 135thth

Hi Rachel,

Were you ever able to get the EIN for 135th Blue Island?

Thank you,

Claudia Montes

Assistant Property Manager

25 E Main St, Suite 204 | Roselle, IL 60172
312.983.0519 (Cell) | 847.744.5002 (Office)

On Thu, Mar 24, 2022 at 4:38 PM Rachel Irwin <rirwin@ejcommercial.com> wrote:
> I provided everything to paul and joseph back in February!! Ugh lol. I'm adding everything here.
>
> There is only 1 master for all four buildings; just an FYI. Not sure how the buildings are saved in buildium. If each building is set up individually, just add the master to each building's profile.
>
> The deeds – 2107 has it's own deed. The three other buildings (2049, 2105, and 2111) were conveyed under one deed. Again, if each building is saved individually in buildium, just upload the one deed to each building's profile.
>
> Tenant directory – excel sheet. Each building has separate sheet in this excel spreadsheet. Phone numbers only ☹ not sure if Aaron (or someone else) was able to get emails from tenants yet.
>
> Rent Roll – two total. One for 2107 building. Second includes 2049, 2105, and 2111. These rent rolls were as of January 2022. Hopefully tenants paid February and March at this point.
>
> The current owner is "Prairie Raynor LLC" – Articles are attached.

CHASERE00646329

Waiting on EIN from Iwona. I will forward once she texts me back.

Sincerely,

Rachel Irwin
General Counsel

**EJ | Investment Group Inc.**

25 E Main St, Suite 204 | Roselle, IL 60172

847.744.5003 (office) | rirwin@ejcommercial.com

CONFIDENTIALITY NOTE: This E-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C.§§ 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, we apologize for any inconvenience. However, please be aware that the retention, dissemination, distribution, or copying of this communication is prohibited. We would appreciate it if you would reply to the sender indicating you have received the message in error, and then delete the original message. Thank you.

**WIRE INSTRUCTIONS: IF YOU RECEIVE WIRING INSTRUCTIONS PURPORTEDLY FROM OUR OFFICE, PLEASE CALL ME TO CONFIRM.**

---

**From:** Claudia Montes <cmontes@mainstpm.com>
**Sent:** Thursday, March 24, 2022 4:22 PM
**To:** Rachel Irwin <rirwin@ejcommercial.com>
**Subject:** Re: Blue Island - 135thth

Hi,

Paul never provided me with the EIN or Settlement Agreement. Would you happened to have a copy of it?

Thank you,

Claudia Montes
Assistant Property Manager

25 E Main St, Suite 204 | Roselle, IL 60172

CHASERE00646330

312.983.0519 (Cell) 847.744.5003 (Office)

--
Claudia Montes
Assistant Property Manager

P.o. Box 72632 Roselle, IL 60172
224.247.1266 (Cell) | 847.744.5003 (Office)

CHASERE00646331