To: Lakeland Title Services

From: Torrence 2 LLC

Date: August 10, 2022

Re: 17909 Torrence Avenue, Lansing, IL 60438

Lakeland File Number: LTS - 1023678

To Whom It May Concern:

    Please be advised that Torrence 2 LLC, owner of record for the above referenced property, does not have an open bank account. Torrence 2 LLC is wholly owned by Illinois Assets LLC, a Delaware limited liability company. Please consider this letter as authorization to permit Torrence 2 LLC's sale proceeds for this transaction to be transferred to Illinois Assets LLC.

*[signature]*
Torrence 2 LLC, member
Marcin Chojnacki

*[signature]*
Torrence 2 LLC, member
Robert Rixer

Confidential - Subject to Confidentiality Order    LAKELAND00619

To: Lakeland Title Services

From: 11902 Longwood LLC

Date: March 21, 2022

Re: 11902 Longwood Drive, Blue Island, Illinois

Lakeland File Number: LTS - 1022987

To Whom It May Concern:

    Please be advised that 11902 Longwood LLC, owner of record for the above referenced property, does not have an open bank account. 11902 Longwood LLC is wholly owned by Illinois Assets LLC, a Delaware limited liability company. Please consider this letter as authorization to permit 11902 Longwood LLC's sale proceeds for this transaction to be transferred to Illinois Assets LLC.

_____
11902 Longwood LLC, member
Marcin Chojnacki

_____
11902 Longwood LLC, member
Robert Rixer

Confidential - Subject to Confidentiality Order     LAKELAND01296

To: Lakeland Title Services

From: 1630 N 1 LLC

Date: August 10, 2022

Re: 1630 N. 1st Avenue, Melrose Park, IL 60160

Lakeland File Number: LTS - 1023346

To Whom It May Concern:

    Please be advised that 1630 N 1 LLC, owner of record for the above referenced property, does not have an open bank account. 1630 N 1 LLC is wholly owned by Illinois Assets LLC, a Delaware limited liability company. Please consider this letter as authorization to permit 1630 N 1 LLC's sale proceeds for this transaction to be transferred to Illinois Assets LLC.

*[signature]*
1630 N 1 LLC, member
Marcin Chojnacki

*[signature]*
1630 N 1 LLC, member
Robert Rixer

Confidential - Subject to Confidentiality Order

To: Lakeland Title Services

From: 2118 Blue Island LLC

Date: May 18, 2022

Re: 2118 135th Place, Blue Island, Illinois

Lakeland File Number: LTS - 1023088

To Whom It May Concern:

    Please be advised that 2118 Blue Island LLC, owner of record for the above referenced property, does not have an open bank account. 2118 Blue Island LLC is wholly owned by Illinois Assets LLC, a Delaware limited liability company. Please consider this letter as authorization to permit 2118 Blue Island LLC's sale proceeds for this transaction to be transferred to Illinois Assets LLC.

*[signature]*
2118 Blue Island LLC, member
Marcin Chojnacki

*[signature]*
2118 Blue Island LLC, member
Robert Rixer

Confidential - Subject to Confidentiality Order

LAKELAND00924