IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UMER MALIK, et al., | Case No. 1:23-cv-01182 |
| Plaintiffs, | District Judge Virginia M. Kendall |
| | Magistrate Judge Jeffrey T. Gilbert |
| v. | |
| | Consolidated for Discovery |
| PRAIRIE RAYNOR LLC, et al., | Purposes with: |
| Defendants. | 1:23-cv-01469 |
| | 1:23-cv-01596 |
| | 1:23-cv-01691 |
| | 1:23-cv-02401 |
| | 1:23-cv-02520 |
| | 1:23-cv-02546 |
| | 1:23-cv-02858 |
| | 1:23-cv-03173 |
| | 1:23-cv-03430 |
| | 1:23-cv-04406 |
| | 1:23-cv-16573 |
| | 1:24-cv-03725 |
| | 1:24-cv-11404 |
| | 1:24-cv-11565 |

**MOTION TO DISMISS DEFENDANT**
**CHASE REAL ESTATE LLC PURSUANT TO SETTLEMENT**

NOW Come the Plaintiffs, by their attorneys, Gaspero & Gaspero, Attorneys at Law, P.C., and bring their Motion to Dismiss Chase Real Estate LLC pursuant to Settlement. In support, Plaintiffs state:

1. Plaintiffs and Defendant Chase Real Estate LLC entered into a confidential settlement agreement.

2. The parties request that Defendant Chase Real Estate LLC be dismissed, with prejudice, pursuant to settlement.

3. Defendant Chase Real Estate LLC is a Defendant in the following pending lawsuits:

| Case Name | Assigned Judge |
|---|---|
| *Shankar, et al. v. Fairview Ave. Prop., LLC, et al.*, **Case No. 1:23-cv-01469** | Hon. Virginia Kendall |
| *Weiner v. Chojnacki, et al.*, **Case No. 1-23-16573** | Hon. Virginia Kendall |
| *Haynes v. Fairview Ave. Prop., LLC, et al.*, **Case No. 1:23-cv-01596** | Hon. Virginia Kendall |
| *Abbas v. Mikosz, et al.*, **Case No. 1:23-cv-01691** | Hon. Virginia Kendall |
| *Sor v. TCF National Holdings, Inc., et al.*, **Case No. 1:23-cv-02401** | Hon. Virginia Kendall |
| *Chen, et al. v. Chojnacki, et al.*, **Case No. 1:23-cv-02520** | Hon. Virginia Kendall |
| *Michel, et al. v. Chojnacki, et al.*, **Case No. 1:23-cv-02546** | Hon. Virginia Kendall |
| *Said, et al. v. Chojnacki, et al.*, **Case No. 1:23-cv-02858** | Hon. Virginia Kendall |
| *Stafford v. Chojnacki, et al.*, **Case No. 1:23-cv-03173** | Hon. Virginia Kendall |
| *Malik, et al. v. Prairie Raynor LLC, et al.* **Case No. 1 :23-cv-01182** | Hon. Virginia Kendall |
| *Hui v. Chojnacki, et al.* **Case No. 1 :23-cv-03430** | Hon. Virginia Kendall |
| *Fernandez, et al. v. Deodar Evergreen., et al.* **Case No. 1 :23-cv-04406** | Hon. Virginia Kendall |
| *Lanzetta v. 11902 Longwood LC, et al.* **Case No. 1 :24-cv-11404** | Hon. Virginia Kendall |
| *Nowakowski v. Chojnacki, et al.* **Case No. 1 :24-cv-11565** | Hon. Virginia Kendall |
| *Lin v. Chojnacki, et al.* **Case No. 1:24-cv-03725** | Hon. Virginia Kendall |

For the foregoing reasons, Plaintiffs respectfully request that this Court enter an order dismissing Defendant Chase Real Estate LLC, an Illinois Limited Liability company, from the foregoing matters, with prejudice, and without costs or fees.

Respectfully submitted,

/s/ Lisa Gaspero

Lisa Gaspero
Carmen Gaspero
Gaspero & Gaspero
Attorneys At Law, P.C.
2001 Butterfield Rd., Suite 1022
Downers Grove, Illinois 60515
630.687.9700 (OFFICE)
630.687.9705 (FAX)
630.334.2055 (CELLULAR)
lisa@gasperolaw.com
*Attorneys for all Plaintiffs*

### CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

The undersigned hereby certifies that she served a true and correct copy of the foregoing document upon all counsel of record using the CM/ECF system on January 15, 2026.

/s//Lisa Gaspero

Lisa Gaspero
Carmen Gaspero
Gaspero & Gaspero
Attorneys At Law, P.C.
2001 Butterfield Rd., Suite 1022
Downers Grove, Illinois 60515
630.687.9700 (OFFICE)
630.687.9705 (FAX)
630.334.2055 (CELLULAR)
*Attorneys for all Plaintiffs*